[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12295
Non-Argument Calendar
_____

D.C. Docket No. 2:06-cr-00049-SLB-RRA-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY JERRELL SMITH,
a.k.a. Andre Williams,
a.k.a. Andre Woods,
a.k.a. Andre Smith,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(March 5, 2013)

Before HULL, JORDAN and ANDERSON, Circuit Judges

PER CURIAM:

Gregory J. Reid, counsel for Larry Jerrell Smith in this appeal of the revocation of Smith's supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's revocation of supervised release and sentence are **AFFIRMED**.